# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| GERALD HATTEMER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action File No. |
| GENTRY MACHINE WORKS, INC., | ) 4:20-cv-224-CDL ) ) |
| Defendant. | ) ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Gerald Hattemer and Defendant Gentry Machine Works, Inc., through the undersigned counsel of record hereby stipulate and agree to the dismissal with prejudice of all claims in the above captioned action. The parties further stipulate that each will bear its own attorneys' fees, expenses, and costs.

Respectfully submitted, this 13th day of January 2021.

**[Signatures on Following Page]**

| | |
|---|---|
| */s/V. Severin Roberts* | */s/ John D. Bennet* |
| V. Severin Roberts | John D. Bennett |
| Georgia Bar No. 940504 | Georgia Bar No. 059212 |
| Barrett & Farahany | Freeman Mathis & Garry LLP |
| 1100 Peachtree Street, NE | 100 Galleria Parkway |
| Suite 500 | Suite 1600 |
| Atlanta, GA 30309 | Atlanta, GA  30339 |
| Tel: (404) 214-0120 | (770) 818-0000 |
| Severin@justiceatwork.com | jbennett@fmglaw.com |
| | |
| Counsel for Plaintiff | Counsel for Defendant |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| GERALD HATTEMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action File No. |
| ) | 4:20-cv-224-CDL |
| GENTRY MACHINE WORKS, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing *JOINT STIPULATION OF DISMISSAL WITH PREJUDICE* with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 13th of January 2021.

/s/ V. Severin Roberts
V. Severin Roberts
Georgia Bar No. 940504